11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Wesley Dale Knight,                        * From the 70th District
                                              Court of Ector County,
                                              Trial Court No. A-37,438.

Vs. No. 11-11-00322-CR                  * March 14, 2013

State of Texas,                                 * Opinion by Wright, C.J.
                                              (Panel consists of: Wright, C.J.,
                                              McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is modified to reflect Wesley Dale Knight's plea of "GUILTY" to the offense and, as modified, is affirmed.